**Metropolitan Casualty Insurance Company, Appellant, v. A. L. Dedi, Trading as A. L. Dedi Sales Company, Appellee.**

**Gen. No. 40,791.**

Heard in third division, first district, at June term, 1939; opinion filed February 14, 1940. Howard E. De Long, for appellant; E. C. Frank Meier, of counsel; R. C. Weichbrodt, for appellee. Opinion by Presiding Justice Denis E. Sullivan. ''Not to be published in full.''